**Electronically Filed
Supreme Court
SCPW-25-0000419
30-MAR-2026
10:02 AM
Dkt. 44 ODDP**

SCPW-25-0000419

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

PUBLIC FIRST LAW CENTER,
Petitioner,

vs.

THE HONORABLE KEVIN T. MORIKONE,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

BOOKING.COM B.V.,
Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 1CTX-21-0001613)

ORDER DENYING PETITION
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Char, assigned by reason of vacancy)

Upon consideration of the petition for writ of prohibition

and writ of mandamus filed May 23, 2025, and the record, it

appears that the requested relief is unwarranted.  See Womble

Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d

1154, 1166 (2023).  We are not persuaded that the circuit court failed to comply with the requirements for sealing a court record set forth in State v. Rogan, 156 Hawaiʻi 233, 243, 573 P.3d 616, 626 (2025).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, March 30, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Stephanie R.S. Char



2